FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 05, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIMOTHY DUFFY, a single man,<br><br>                Plaintiff,<br><br>v.<br><br>SPOKANE COUNTY, a Washington political subdivision, AIRWAY HEIGHTS CORRECTIONS CENTER, JOHN DOES I THROUGH X, EMPLOYEES OF AIRWAY HEIGHTS CORRECTIONS CENTER, in their individual and official capacity,<br><br>                Defendants. | No.  2:16-CV-0007-SMJ<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL OF SPOKANE COUNTY** |

On April 29, 2016, the parties filed a Stipulated Motion for Dismissal of Spokane County, ECF No. 5. Defendant, Spokane County moves for dismissal of Spokane County from this case with prejudice. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a) (1)(A)(ii), the Court finds good cause to grant the motion.

**IT IS HEREBY ORDERED:**

**1.** The parties' Stipulated Motion for Dismissal of Spokane County, **ECF No. 5**, is **GRANTED.**

ORDER **-** 1

2. All claims against Spokane County are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

3. The Clerk's Office is directed to **AMEND** the caption as follows:

TIMOTHY DUFFY, a single man,

    Plaintiff,

v.

AIRWAY HEIGHTS CORRECTIONS CENTER, JOHN DOES I THROUGH X, EMPLOYEES OF AIRWAY HEIGHTS CORRECTIONS CENTER, in their individual and official capacity,

    Defendants.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 5th day of May 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge