FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 20, 2017

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIMOTHY DUFFY, a single man, | No.    2:16-CV-0007-SMJ |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| AIRWAY HEIGHTS CORRECTIONS CENTER; JOHN DOES I through X; and EMPLOYEES OF AIRWAY HEIGHTS CORRECTIONS CENTER, in their individual and official capacity , | |
| Defendants. | |

On August 1, 2017, the Court issued an order directing Plaintiff to show cause why this case should not be dismissed for failure to timely serve the defendants or for failure to prosecute. ECF No. 7. The Court directed Plaintiff to respond to the order on or before September 2, 2017. Plaintiff has not filed any response. Accordingly, **IT IS HEREBY ORDERED:**

1.    Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

2.    All pending motions are **DENIED AS MOOT.**

3.    All hearings and other deadlines are **STRICKEN.**

**4.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 20th day of September 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge